

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Linh Huynh<br>DEFENDANT(S). | CASE NUMBER<br>SA CR 05-267-CJC<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of ____dept_____, IT IS ORDERED that a detention hearing is set for __Wed._____, __6-21-08__, at __10:00__ ☒a.m. / ☐p.m. before the Honorable ____RALPH ZAREFSKY_____, in Courtroom __540 - Roybal__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __5/20/08__          _____[signature]_____
                             U.S. ~~District Judge~~/Magistrate Judge
                             RALPH ZAREFSKY